UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

STEPHEN HOWARD
    Plaintiff

 v.

CIVIL ACTION NO. 05-10872-DPW

METABOLIFE CORPORATION ET AL,
    Defendants

### CONDITIONAL ORDER OF DISMISSAL

WOODLOCK, District Judge

    The complaint in the above-entitled action was filed on APRIL 28, 2005. As of this date there has been no return to the Court of proof of service of the summons and complaint on the defendants.

    Therefore, it is hereby ORDERED pursuant to Rule 4(m) of the Federal Rules of Civil Procedure that the above-entitled action be dismissed without prejudice in twenty (20) days from the date of this Order unless proof of service is filed or good cause shown why service has not been made.

                                          BY THE COURT,

DATED: December 8, 2005                     /s/ Michelle Rynne
                                                    Deputy Clerk