UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

STEPHEN HOWARD
    Plaintiff

                                       CIVIL ACTION NO. 05-10872-DPW

v.

METABOLIFE CORPORATION ET AL,
    Defendants

### ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Conditional Order of Dismissal issued DECEMBER 8, 2005, and Plaintiff's failure to comply with such order, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                      BY THE COURT,

                                      <u>/s/ Michelle Rynne</u>
                                      Deputy Clerk

DATED:  December 29, 2005